# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JIMMY R. SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2659

[February 1, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Duffy, Judge; L.T. Case Nos. 08-5742 CF10A, 08-5817 CF10B, 11-4222 CF10A, and 11-7157 CF10A.

Jimmy R. Smith, Raiford, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, LEVINE and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***